IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02417-WYD-MEH

KELLY STEVENS,

    Plaintiff,

v.

KING SOOPERS, INC.,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 27, 2008.**

    Based upon the parties' agreement, and the entire record herein, Defendant's Unopposed Motion for Entry of Stipulated Protective Order [Filed March 26, 2008; Docket #13] is **granted**. The Court will sign the Protective Order and enter it on the record.