IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02417-WYD-MEH

KELLY STEVENS,

    Plaintiff,

v.

KING SOOPERS, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 26, 2008.**

    Plaintiff's Motion to Enforce Settlement [filed September 22, 2008; docket #22] is **stricken** for failure to comply with D.C. Colo. LCivR 7.1A. The parties are reminded of their obligations to comply fully with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).