IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02417-WYD-MEH

KELLY STEVENS,

    Plaintiff,

v.

KING SOOPERS, INC.,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 21, 2008.**

    Defendant's Unopposed Motion to Vacate and Reset Hearing [filed November 21, 2008; docket #38] is **granted**. The hearing on Plaintiff's Motion to Enforce Settlement Agreement set for Tuesday, November 25, 2008, at 9:30 a.m. is hereby **vacated** and **rescheduled** for **Friday, December 5, 2008, at 9 a.m.**

    Defendant's Motion to Vacate and Reset Hearing [filed November 20, 2008; docket #36] is **denied as moot**.