IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02417-WYD-MEH

KELLY STEVENS,

    Plaintiff,

v.

KING SOOPERS, INC.,

    Defendant.

---

# MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 5, 2008.**

    In light of the hearing held on the record December 5, 2008, Plaintiff's Renewed Motion to Enforce Settlement Agreement [filed October 14, 2008; docket #25] is **denied as moot**. The parties agreed to Ms. Brennan signing a notarized confidentiality agreement, consistent with the confidential nature of settlement proceedings facilitated by the Court.

    Although, regrettably, the disagreement addressed in the parties' briefs did prolong this case and, accordingly, increased the expense to all parties, given the level of settlement and the arguable merit of Plaintiff's legal position on the enforceability of the "Material Terms of Settlement - Confidential," the Court, at this time, finds no basis to penalize either party. Therefore, Defendant's request for reasonable attorneys' fees in its Response [docket #28] is **denied**.